No. 71–436. EMHART CORP. *v.* PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–457. VILLAGE OF WEST MILWAUKEE ET AL. *v.* AREA BOARD OF VOCATIONAL, TECHNICAL & ADULT EDUCATION (DISTRICT 9). Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 71–475. HOFFMAN *v.* CARSON, SHERIFF, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. A–544. DADURIAN *v.* UNITED STATES. C. A. 1st Cir. Application for bail and/or stay of mandate presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE STEWART is of the opinion that the application should be granted.

No. 70–18. ROE ET AL. *v.* WADE, DISTRICT ATTORNEY OF DALLAS COUNTY. Appeal from D. C. N. D. Tex. [Probable jurisdiction postponed, 402 U. S. 941.] Motion of appellee to postpone oral argument denied.

No. 70–55. BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM *v.* NEW LEFT EDUCATION PROJECT ET AL. Appeal from D. C. W. D. Tex. [Probable jurisdiction postponed, 401 U. S. 935.] Motion of appellant to postpone oral argument denied.